UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Robin Zahran, et al.
                                                    Plaintiff,
v.                                                                          Case No.: 1:13−cv−08804
                                                                            Honorable Gary Feinerman

Transunion Credit Information Services Co., et al.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2014:

  MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 2/18/2015 at 9:00 a.m. Motion hearing held. Plaintiffs' motion for leave to file response [150] is granted. Defendant Trans Union's motion to strike Plaintiffs' response [157] is denied. For the reasons stated on the record, Defendant Trans Union's motion for attorneys' fees and expenses in accordance with this court's 8/21/2014 order [141] is granted in part and denied in part. Plaintiffs are ordered to pay $4062.77 to Trans Union on or before 12/4/2014. This case is referred to Magistrate Judge Cox for discovery supervision and a settlement conference. Fact discovery shall be completed by 3/2/2015. Plaintiff 9;s Rule 26(a)(2) disclosures shall be served by 4/2/2015. Defendant's Rule 26(a)(2) disclosures shall be served by 5/4/2015. Dispositive motions shall be filed by 6/29/2015. If Plaintiffs believe there are grounds warranting the disqualification or recusal of the assigned judge, Plaintiffs shall file a motion seeking the judge's recusal.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.